■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO MEDRANO, Appellant.—Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered on June 12, 1986, unanimously affirmed. Motion by appellant for leave to file a

supplemental brief denied. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BUTLER, Appellant.—Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered on July 2, 1987, unanimously affirmed.